FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>KAREN M. HALLINAN, DDS, PS, doing business as Grande Smiles; KAREN M. HALLINAN; HALLINAN PROPERTIES; and NICHOLAS R. HARKER, DDS,<br><br>            Defendants. | No. 2:18-CV-00007-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 8, 2018, the parties filed a stipulated dismissal, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Joint Motion to Dismiss, **ECF No. 8**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of May 2018.

*[signature]*
_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2